UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. SPENCER, et al.,<br><br>　　　　　Defendants. | No.  2:20-cv-0839 JAM CKD P<br><br><br>ORDER |

　　　On May 15, 2020, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's order denying plaintiff's motion for leave to proceed in forma pauperis.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

　　　Therefore, IT IS HEREBY ORDERED plaintiff's motion for reconsideration (ECF No. 9) is denied.

DATED: June 1, 2020

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____ _____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE